THOMAS BLAKE, Respondent, *v.* THOMAS & BUCKLEY HOISTING COMPANY, Appellant.

*Negligence — injury to workman from starting of hod-hoist without signal.*

*Blake* v. *Thomas & Buckley Hoisting Co.*, 195 App. Div. 931, affirmed.

(Argued March 13, 1922; decided April 18, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 15, 1921, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged that while plaintiff was in the performance of his work on a hod-hoist installed and operated by plaintiff for his employer, it started without signal, throwing him to the floor and causing the injuries complained of.

*James S. Darcy* and *Charles H. Bailey* for appellant.

*Jacquin Frank* and *Isidore Ehrman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.